# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: §
§
ALLEN JR., JOSEPH EDGAR § Case No. 08-01715
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Phillip D. Levey, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
      Clerk of the U.S. Bankruptcy Court
      219 South Dearborn Street - 7th Floor
      Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 12/02/2009 in Courtroom 744,
      United States Courthouse
      219 South Dearborn Street
      Chicago, IL  60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/24/2009      By: Phillip D. Levey
                            Trustee

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
| --- | --- | --- |
| | § | |
| ALLEN JR., JOSEPH EDGAR | § | Case No. 08-01715 |
| | § | |
| Debtor(s) | § | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
| --- | --- | --- |
| *The Final Report shows receipts of* | $ | 44,791.76 |
| *and approved disbursements of* | $ | 3,792.17 |
| *leaving a balance on hand of*[1] | $ | 40,999.59 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
| --- | --- |
| | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
| --- | --- | --- |
| *Trustee: Phillip D. Levey* | $ 5,229.18 | $ 73.57 |
| *Attorney for trustee: Phillip D. Levey* | $ 15,900.50 | $ 0.00 |
| *Appraiser:* | $ | $ |
| *Auctioneer:* | $ | $ |
| *Accountant:* | $ | $ |
| *Special Attorney for trustee:* | $ | $ |
| *Charges:* | $ | $ |
| *Fees:* | $ | $ |
| *Other:* | $ | $ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) *(Page: 2)*

| | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Other: | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Attorney for debtor: | | $ | $ |
| Attorney for: | | $ | $ |
| Accountant for: | | $ | $ |
| Appraiser for: | | $ | $ |
| Other: | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 282,715.71 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.0 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000002A | CIT Small Business Lending Corporation | $ 75,000.00 | $ 5,251.66 |
| 000003 | HPSC Inc | $ 138,129.54 | $ 9,672.12 |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000004 | Marcia B. Gevers & Associates, P.C. | $ 69,586.17 | $ 4,872.56 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

Prepared By: /s/Phillip D. Levey
                           Trustee

Phillip D. Levey
2722 North Racine Avenue
Chicago, IL 60614

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: sburton              Page 1 of 1                   Date Rcvd: Oct 26, 2009
Case: 08-01715                Form ID: pdf006            Total Noticed: 15


The following entities were noticed by first class mail on Oct 28, 2009.
db           +Joseph Edgar Allen, Jr.,    1816 Sylan Court,    Flossmoor, IL 60422-1946
aty          +James L Hardemon,    Legal Remedies, Chartered,    8527 S Stony Island,    Chicago, IL 60617-2247
tr           +Phillip D Levey, ESQ,    2722 North Racine Avenue,    Chicago, IL 60614-1206
11901931     +CIT Small Business Lending Corp,    640 Plaza Drive, Suite 200,    Littleton, CO 80129-2399
12254848     +CIT Small Business Lending Corporation,    c/o Agata P. Karpowicz,    Mandell Menkes LLC,
               333 West Wacker Drive, Suite 300,    Chicago, Illinois 60606-1252
11901930     +Chase,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
11901932      First Horizon Line of Credit,    PO Box 2351,    Memphis, TN 38101-2351
12009954     +First Tennessee Bank NA,    6522 Chapman Hwy,    Knoxville, TN 37920-6567
11901933      GE Healthcare Financial Services,    PO Box 414418,    Boston, MA 02241-4418
12311608     +HPSC Inc,    Brown Rudnick LLP,    Attn William R Baldiga, Esq,    One Financial Center,
               Boston, MA 02111-2600
11901934     +Marcia B. Gevers & Associates, P.C.,    PO Box 146,    19710 Governmers Highway, Suite 8,
               Flossmoor, IL 60422-2081
11901935     +Office of the Secretary of State,    Mandatory Insurance Division,    501 S. 2nd Street, Room 429,
               Springfield, IL 62756-0001
11901936     +Skytel,    263 E. Pearl Streeet,    Jackson, MS 39201-3202
12316252      Toyota Financial Services,    PO Box 89838,    Carol Stream, IL 60197
12316253     +US Small Business Administration,    Chicago Distict Office,    500 West Madison Suite 1250,
               Chicago, IL 60661-4552
The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Phillip D Levey, ESQ,    2722 North Racine Avenue,    Chicago, IL 60614-1206
aty*         +Phillip D Levey, ESQ,    2722 North Racine Avenue,    Chicago, IL 60614-1206
                                                                                                 TOTALS: 0, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 28, 2009**                **Signature:**   _Joseph Speetjens_