UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ALLEN JR., JOSEPH EDGAR | § | Case No. 08-01715 |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    Phillip D. Levey, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    (see **Exhibit 2**), yielded net receipts of $    from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/Phillip D. Levey_____
                                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CIT SMALL BUSINESS LENDING CORPORAT | | | | | |
| FIRST TENNESSEE BANK NA | | | | | |
| TOYOTA FINANCIAL SERVICES | | | | | |
| TOTAL SECURED CLAIMS | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PHILLIP D. LEVEY | | | | | |
| PHILLIP D. LEVEY | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| LEVEY, PHILLIP D. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CIT SMALL BUSINESS LENDING CORPORAT | | | | | |
| HPSC INC | | | | | |
| MARCIA B. GEVERS & ASSOCIATES, P.C. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 08-01715 EW | Judge: EUGENE R. WEDOFF | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|
| Case Name: | ALLEN JR., JOSEPH EDGAR | | Date Filed (f) or Converted (c): | 01/25/08 (f) |
| | | | 341(a) Meeting Date: | 02/25/08 |
| For Period Ending: 03/07/10 | | | Claims Bar Date: | 06/17/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1816 Sylvan Court Flossmoor, IL 60422 | 400,000.00 | 0.00 | OA | 0.00 | FA |
| PIN 32072030010000 | | | | | |
| Debtor Claimed Exemption | | | | | |
| 2. 15933 S. Bell Road Homer Glen, IL 60422 | 0.00 | Unknown | OA | 0.00 | FA |
| 3. Household goods including: beds, tvs, vcrs, sofas, | 800.00 | 800.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 4. Used personal clothing | 300.00 | 300.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 5. Term life insurance policy | 0.00 | 0.00 | DA | 0.00 | FA |
| 6. Allen Opthalmic Group, Ltd. | 0.00 | Unknown | DA | 0.00 | FA |
| 7. 2003 Jeep Liberty Mileage 67069 | 6,695.00 | 6,695.00 | | 4,300.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 8. Office equipment-Leased | 331,100.00 | Unknown | DA | 0.00 | FA |
| 9. Tax refund | 4,000.00 | 4,000.00 | | 9,962.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 10. Chase Bank Checking Account (u) | 17,000.00 | 0.00 | | 14,000.00 | FA |
| 11. Post-Petition Interest Deposits (u) | Unknown | N/A | | 31.91 | Unknown |
| 12. 2000 VW Beetle | 3,170.00 | Unknown | | 600.00 | FA |
| 13. 2007 Toyota Camry | 21,085.00 | Unknown | | 15,900.00 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $784,150.00 | $11,795.00 | | $44,793.91 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

LFORM1

UST Form 101-7-TDR (9/1/2009) *(Page: 6)*

Ver: 15.06b

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 08-01715   EW   Judge: EUGENE R. WEDOFF | Trustee Name:   Phillip D. Levey |
| Case Name: | ALLEN JR., JOSEPH EDGAR | Date Filed (f) or Converted (c):   01/25/08 (f) |
| | | 341(a) Meeting Date:   02/25/08 |
| | | Claims Bar Date:   06/17/08 |

Initial Projected Date of Final Report (TFR): 08/31/09        Current Projected Date of Final Report (TFR): 08/31/09

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 08-01715 -EW | | Trustee Name: | Phillip D. Levey |
| Case Name: | ALLEN JR., JOSEPH EDGAR | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******3056  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4357 | | | |
| For Period Ending: | 03/07/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/20/08 | 10 | Joseph E. Allen | Turnover | 1221-000 | 14,000.00 | | 14,000.00 |
| 03/31/08 | 11 | BANK OF AMERICA | Interest Rate  0.250 | 1270-000 | 0.76 | | 14,000.76 |
| 04/30/08 | 11 | BANK OF AMERICA | Interest Rate  0.250 | 1270-000 | 2.87 | | 14,003.63 |
| 05/28/08 | 9 | Joseph E. Allen | 1007 Tax Refund | 1124-000 | 9,962.00 | | 23,965.63 |
| 05/30/08 | 11 | BANK OF AMERICA | Interest Rate  0.150 | 1270-000 | 1.85 | | 23,967.48 |
| 06/30/08 | 11 | BANK OF AMERICA | Interest Rate  0.150 | 1270-000 | 2.96 | | 23,970.44 |
| 07/31/08 | 11 | BANK OF AMERICA | Interest Rate  0.150 | 1270-000 | 3.05 | | 23,973.49 |
| 08/29/08 | 11 | BANK OF AMERICA | Interest Rate  0.150 | 1270-000 | 3.04 | | 23,976.53 |
| 09/29/08 | 7, 12 | Joseph Allen, Jr. | Installment sale payment | 1129-000 | 1,600.00 | | 25,576.53 |
| 09/30/08 | 11 | BANK OF AMERICA | Interest Rate  0.150 | 1270-000 | 2.95 | | 25,579.48 |
| 10/22/08 | 7 | Joseph E. Allen, Jr. | Installment on sale of vehicles. | 1129-000 | 2,000.00 | | 27,579.48 |
| 10/31/08 | 11 | BANK OF AMERICA | Interest Rate  0.100 | 1270-000 | 2.46 | | 27,581.94 |
| 11/28/08 | 11 | BANK OF AMERICA | Interest Rate  0.100 | 1270-000 | 2.26 | | 27,584.20 |
| 12/01/08 | 7 | Joseph E. Allen, Jr. | | 1129-000 | 1,300.00 | | 28,884.20 |
| 12/31/08 | 11 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 1.42 | | 28,885.62 |
| 01/30/09 | 11 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.24 | | 28,885.86 |
| 02/27/09 | 11 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.22 | | 28,886.08 |
| 03/23/09 | 000101 | Toyota Financial Services P.O. Box 5855 Carol Stream, IL  60197-5855 | Pay-Off 2007 Toyota Camry | 4210-000 | | 3,746.62 | 25,139.46 |
| 03/31/09 | 11 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.25 | | 25,139.71 |
| 04/19/09 | 000102 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS STREET SUITE 420 NEW ORLEANS, LA 70139 | TRUSTEE'S BOND BOND NUMBER 016026455 | 2300-000 | | 45.55 | 25,094.16 |
| 04/30/09 | 11 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.55 | | 25,094.71 |
| 05/15/09 | 13 | Albany, Inc. | Sale of Automobile | 1129-000 | 15,900.00 | | 40,994.71 |
| 05/29/09 | 11 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.77 | | 40,995.48 |

Page Subtotals       44,787.65       3,792.17

Ver: 15.06b

LFORM24

UST Form 101-7-TDR (9/1/2009) *(Page: 8)*

FORM 2

Page: 2

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 08-01715 -EW | | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|
| Case Name: | ALLEN JR., JOSEPH EDGAR | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******3056 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4357 | | | |
| For Period Ending: | 03/07/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/30/09 | 11 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 1.02 | | 40,996.50 |
| 07/31/09 | 11 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 1.04 | | 40,997.54 |
| 08/31/09 | 11 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 1.04 | | 40,998.58 |
| 09/30/09 | 11 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 1.01 | | 40,999.59 |
| 10/30/09 | 11 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 1.04 | | 41,000.63 |
| 11/30/09 | 11 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 1.01 | | 41,001.64 |
| 12/05/09 | 11 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.10 | | 41,001.74 |
| 12/05/09 | | Transfer to Acct #*******3467 | Final Posting Transfer | 9999-000 | | 41,001.74 | 0.00 |
| | | | COLUMN TOTALS | | 44,793.91 | 44,793.91 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 41,001.74 | |
| | | | Subtotal | | 44,793.91 | 3,792.17 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 44,793.91 | 3,792.17 | |

Page Subtotals 6.26 41,001.74

Ver: 15.06b

FORM 2

Page: 3

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 08-01715 -EW | Trustee Name: | Phillip D. Levey |
| Case Name: | ALLEN JR., JOSEPH EDGAR | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******3467 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4357 | | |
| For Period Ending: | 03/07/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/05/09 | | Transfer from Acct #*******3056 | Transfer In From MMA Account | 9999-000 | 41,001.74 | | 41,001.74 |
| 12/05/09 | 000101 | PHILLIP D. LEVEY<br>2722 NORTH RACINE AVENUE<br>CHICAGO, IL 60614 | Chapter 7 Compensation/Fees | 2100-000 | | 5,229.08 | 35,772.66 |
| 12/05/09 | 000102 | PHILLIP D. LEVEY<br>2722 NORTH RACINE AVENUE<br>CHICAGO, IL 60614 | Chapter 7 Expenses | 2200-000 | | 73.57 | 35,699.09 |
| 12/05/09 | 000103 | Phillip D. Levey | Attorney for Trustee Fees (Trustee | 3110-000 | | 15,900.50 | 19,798.59 |
| 12/05/09 | 000104 | CIT Small Business Lending Corporation<br>c/o Agata P. Karpowicz<br>Mandell Menkes LLC<br>333 West Wacker Drive, Suite 300<br>Chicago, Illinois 60606 | Claim 000002A, Payment 7.00300% | 7100-000 | | 5,252.25 | 14,546.34 |
| 12/05/09 | 000105 | HPSC Inc<br>Brown Rudnick LLP<br>Attn William R Baldiga, Esq<br>One Financial Center<br>Boston, MA 02111 | Claim 000003, Payment 7.00301% | 7100-000 | | 9,673.22 | 4,873.12 |
| 12/05/09 | 000106 | Marcia B. Gevers & Associates, P.C.<br>PO Box 146<br>19710 Governmers Highway, Suite 8<br>Flossmoor, IL 60422 | Claim 000004, Payment 7.00300% | 7100-000 | | 4,873.12 | 0.00 |

Page Subtotals          41,001.74        41,001.74

Ver: 15.06b

LFORM24

**UST Form 101-7-TDR (9/1/2009)** *(Page: 10)*

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 08-01715 -EW | Trustee Name: | Phillip D. Levey |
| Case Name: | ALLEN JR., JOSEPH EDGAR | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******3467  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4357 | | |
| For Period Ending: | 03/07/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 41,001.74 | 41,001.74 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 41,001.74 | 0.00 | |
| | | | Subtotal | | 0.00 | 41,001.74 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 41,001.74 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market Account (Interest Earn - ********3056 | 44,793.91 | 3,792.17 | 0.00 |
| Checking Account (Non-Interest Earn - ********3467 | 0.00 | 41,001.74 | 0.00 |
| | 44,793.91 | 44,793.91 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     0.00     0.00

Ver: 15.06b

LFORM24
UST Form 101-7-TDR (9/1/2009) (Page: 11)